✎AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     OKLAHOMA

John Charles Gauthier

**JUDGMENT IN A CIVIL CASE**

V.

Bill Reynolds     Case Number: CIV-05-268-FHS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to this court's order of November 8, 2007, granting the defendants' joint motion to dismiss/motion for summary judgment the court orders judgment entered for the defendants and against plaintiff.

| | |
|---|---|
| 11/9/07 | WILLIAM B. GUTHRIE |
| Date | Clerk |
| | s/ A Green |
| | (By) Deputy Clerk |